ANN W. KIDDER *vs.* JOHN W. SAWYER.

*Practice.*

Where by consent or order of the court sitting *in banc*, an entry is made that copies or exceptions are to be filed within a time stated, the cause will be disposed of by a dismissal of the exceptions or motion, if the papers are not placed in the hands of the chief justice within the period specified.

ON EXCEPTIONS.

There is no occasion for any statement of the facts of this case, nor of the issues of law presented by the exceptions. It was agreed that the cause should be submitted in writing within a limited period after the adjournment of the July law term. The time elapsed without any arguments being forwarded to the chief justice.

WALTON, J. When, in any case pending upon the law docket upon motion or exceptions, there is an entry upon the district clerk's docket, made either by consent of parties or by order of the court, that copies or arguments are to be furnished within a certain time, or the motion or exceptions to be overruled, if the required copies or arguments are not placed in the hands of the chief justice within the time limited, the case will be disposed of under the direction of the chief justice in accordance with such entry without further examination or consultation.

*Exceptions overruled.*

APPLETON, C. J., DICKERSON, BARROWS, VIRGIN and PETERS, JJ., concurred.